# EXHIBIT C

From: "Michael, John J." <jmichael@velaw.com>
Date: July 26, 2014 at 1:42:22 PM CDT
To: "khood@aet-tankers.com" <khood@aet-tankers.com>, "rbrown@aet-tankers.com" <rbrown@aet-tankers.com>
Subject: Lightering of Illegal Crude Oil Cargo from UNITED KALAVRVTA (IMO # 9290397; Call Sign V7EN7)

To:   Kate Hood, Lightering Operations Manager
      Ryan Brown, Senior Operations Executive
      AET Inc. Ltd. / AET Offshore Services ("AET")

We write to inform you that a crude oil tanker, UNITED KALAVRVTA, may be en route to Galveston, Texas, or another U.S. Gulf destination, carrying a cargo of approximately 1 million barrels of crude oil that was illegally exported from Iraq. According to information available online, she is expected to arrive offshore Galveston as early as this evening.

The tanker loaded crude oil at Ceyhan, Turkey, that was exported from Iraq by the Kurdistan Regional Government, without authorization from the Iraqi Ministry of Oil. Under the Constitution of the Republic of Iraq, all crude oil belongs to the people of Iraq, under the management of the federal government, which is represented by the Ministry of Oil. Any crude oil that is exported without such authorization is considered to be stolen property.

If AET participates in any lightering operation from UNITED KALAVRVTA, AET will then be in wrongful possession of our client's crude oil, and in that event, we demand that AET confirm to us in writing that it will deliver the lightered crude oil to our custody as soon as possible.

We appreciate any assistance your team can offer on this important matter. If you have any questions, please do not hesitate to contact me directly at 713.758.3694 or jmichael@velaw.com.

Sincerely,

John Michael
Vinson & Elkins LLP

John J. Michael

Partner

Vinson & Elkins
Vinson & Elkins LLP
Attorneys at Law
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel +1.713.758.3604
Fax +1.713.615.5231
E-mail jmichael@velaw.com

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is
 intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an
 authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying
 of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this
 email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

3