UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AET Inc. Ltd., et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:14–cv–02149 |
| | § | |
| TALMAY TRADING INC., et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on July 30, 2014, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge