IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AET, INC. LTD. and<br>AET OFFSHORE SERVICES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>TALMAY TRADING INC. and<br>REPUBLIC OF IRAQ<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 14-cv-02149<br>ADMIRALTY 9(h) |

## **VOLUNTARY DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES AET, INC. LTD. and AET OFFSHORE SERVICES, INC. and pursuant to Rule 41(a)(1)(A)(i) requests a dismissal without prejudice of the proceedings and in support thereof would show as follows:

1.  Plaintiffs AET, INC. LTD. and AET OFFSHORE SERVICES, INC. hereby request dismissal of the above-captioned matter without prejudice since no Answer has been filed nor a Motion for Summary Judgment made in these proceedings and Plaintiffs do not pursue this action further.

Respectfully submitted,

_____
William A. Durham
State Bar No. 06281800
Fed. ID No. 4172
James T. Bailey
State Bar No. 24031711
Fed. ID No. 30347
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX 77002

22542: 4PCLH7157.WAD

                                          (713) 225-0905 – Telephone
                                          (713) 225-2907 – Fax
                                          durham@easthamlaw.com – Email
                                          bailey@easthamlaw.com - Email
                                          *Attorneys for Plaintiffs,*
                                          *AET Inc., Ltd. and AET Offshore Services, Inc.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.